IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

THOMAS ALLEN GIVENS

    PLAINTIFF

vs.

WAL-MART STORES, INC.,

    DEFENDANT

FILED
JUN 09 2022
L. H. HOUGH
PROTHONOTARY

No. 3939-2022

TYPE OF PLEADING:
**COMPLAINT IN CIVIL ACTION**

FILED ON BEHALF OF:
**THOMAS GIVENS, PLAINTIFF**

**JURY TRIAL DEMANDED**

COUNSEL OF RECORD FOR THIS PARTY:

**ADAM YARUSSI, ESQUIRE**
Pa.ID. No. 315389
**ADAM YARUSSI & ASSOCIATES, LLC**
31 N. Main Street, Suite 105
Washington, PA 15301
adamyarussilawoffice@gmail.com
(724) 942-5111

**NOTICE TO PLEAD**

To: Defendant

You are hereby notified to file a written response to Plaintiff's Complaint within twenty (20) days from service hereof or a default judgment may be entered against you.

*/s/ Adam Yarussi*
Counsel for Plaintiff

1

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

THOMAS ALLEN GIVENS

            PLAINTIFF

vs.

                                No. 3039-2022

WAL-MART STORES, INC.,

           DEFENDANT

## NOTICE TO DEFEND

YOU HAVE BEEN SUED IN COURT. If you wish to defend against the claims set forth in the following pages, you must take action within TWENTY (20) DAYS after this Complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the Court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so, the case may proceed without you, and a judgement may be entered against you by the Court without further notice for any money claimed in the Complaint or for any claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERRAL SERVICE
119 South College Street
Washington, Pennsylvania 15301
Telephone number: 724-225-6710

SOUTHWESTERN PENNSYLVANIA LEGAL AID SOCIETY
10 West Cherry Avenue
Washington, Pennsylvania 15301
Telephone number: 724-225-6170

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

THOMAS ALLEN GIVENS

PLAINTIFF

vs.

No. 3939-2022

WAL-MART STORES, INC.,

DEFENDANT

## COMPLAINT IN CIVIL ACTION

AND NOW, comes Plaintiff, Thomas Givens, by and through his counsel, **ADAM YARUSSI & ASSOCIATES, LLC,** and sets forth his Complaint in Civil Action averring as follows:

### PARTIES

1. Plaintiff, Thomas Givens (hereinafter "Plaintiff"), is an adult individual residing at 105 East High Avenue, Elco, PA 15434.

2. Defendant, Walmart, Inc, (hereinafter "Defendant") is a Delaware corporation doing business in the Commonwealth of Pennsylvania with a principal place of business located at 702 S.W. 8th Street. Bentonville, AK 72716.

3. Defendant operates a retail store Wal-Mart Supercenter #4501 located at a 134 Daniel Kendall Drive, Washington County, West Brownsville, Pennsylvania 15417.

### JURISDICTION & VENUE

4. Venue and jurisdiction are proper in Washington County, Pennsylvania as all the Plaintiff is a resident of Washington County, Pennsylvania and Defendant's business operates within Washington County, Pennsylvania and all facts and occurrences took place at

3

Wal-Mart Supercenter #4501 located in West Brownsville, Pennsylvania located Washington County, Pennsylvania.

## FACTS

5. Defendant was charged by the West Brownsville Police Department for Retail Theft 18 Pa.C.S. § 3929 §§ A1 M-1 for allegedly committing a Retail Theft at Wal-Mart Supercenter located at 134 Daniel Kendall Drive, Brownsville, Pennsylvania 15417.

6. Defendant, by and through its Loss Prevention Department's agent, employee, and/or contractor Chad Shontz, claimed Plaintiff was present at Wal-Mart Store, Inc.'s Wal-Mart Supercenter Store #4501 on May 13, 2021, and that Plaintiff was on security footage.

7. According to Loss Prevention Officer Chad Shontz, Mr. Shontz alleged that Plaintiff and two other individuals were observed in the tool section at Wal-Mart Supercenter Store #4501 selected several tools and place them into blue cloth bags.

8. Defendant's employee Chad Shontz indicated that Plaintiff set down the blue cloth bag with tools, and two other individuals exited the store through all points of sale.

9. Wal-Mart, Inc.'s Asset Protection Officer, Chad Shontz, published and/or communicated Plaintiff's name and identified Plaintiff as a criminal offender to the West Brownsville Police Department in order to file criminal charges against Plaintiff. *(See Plaintiff's Attached Exhibit 1)*

10. Plaintiff was working on May 13, 2021 and was not present at Wal-Mart Supercenter Store #4501.

11. Defendant did not see the police report until after the June 17, 2021.

12. Plaintiff requested several times for a copy of the video surveillance video showing Defendant to be present at Wal-Mart Supercenter Store #4501 and even subpoenaed the video but never received a copy proving Plaintiff was present and/or committed the retail theft.

13. Plaintiff by and through Counsel file a Petition for Writ of Habeas Corpus at the Washington County Court of Common Pleas at Docket No. CR-1152-2921, where Defendant's case was dismissed by Senior Judge Katherine Emery with prejudice

## COUNT I
## DEFAMATION
## THOMAS GIVENS V. WAL-MART STORES, INC.

14. Plaintiff incorporates by reference paragraphs 1 through 13 as if though were fully set forth herein.

15. A statement is defamatory if it tends to harm the reputation of another so as to lower him in the estimation of the community or deter third persons from associating or dealing with him. 42 Pa.C.S. § 8343.

16. As a direct and proximate result of Defendant's defamation, Plaintiff has suffered economic loss and general distress in an unliquidated amount with income loss to be determined in discovery.

17. Defendant's conduct was knowingly willful, malicious, and outrageous, and warrants imposition of punitive damages.

WHEREFORE, Plaintiff, Thomas Givens, demands compensatory, special, and punitive damages against Defendant, Wal-Mart Stores, Inc., in a sum in excess of $50,000.00 plus interests, costs, and fees, and any other relief that the court deems just and proper.

## COUNT II
## NEGLIGENCE
## THOMAS GIVENS V. WAL-MART STORES, INC.

18. Plaintiff incorporates by reference paragraphs 1 through 17 by reference as if more fully set forth herein.

19. At all times relevant hereto, Plaintiff acted with reasonable care and prudence, and neither contributed to nor caused the damages complained of herein.

20. Defendant, by and through its employees, agent, and/or contractors negligently and carelessly created an Asset Protection Record and communicated with the West Brownsville Police Department defaming Plaintiff calling Defendant by attesting that Defendant committed the crime of retail theft while present as a patron at Wal-Mart Supercenter Store #4501 in West Brownsville, Pennsylvania.

21. Defendant, by and through its employees, agents, and/or contractors, negligently and carelessly failed to investigate and ascertain the proper identity of person who truly committed a retail theft, negligently published the identify and informed the police of the wrong individual and carelessly published and/or orally communicated Plaintiff's name to the West Brownsville, Pennsylvania Police Department in order to institute criminal charges against Plaintiff for a Retail Theft criminal charge.

22. The damages and losses set forth below were the direct and/or proximate result of the negligence, carelessness, and/or recklessness of Defendant, Wal-Mart Stores, Inc., in any and all of the following respects:

   a. In failing to exercise reasonable care in a reasonable and prudent manner;

   b. In failing to exercise due care and caution under the circumstances;

6

    c. Being otherwise negligent and careless reporting facts and at law;

    d. Negligently and falsely reporting Plaintiff's name to the West Brownsville, Pennsylvania Police Department in order to pursue criminal charges against Plaintiff;

    e. Plaintiff's name was held in ill repute in the community;

    f. Plaintiff has lost several job opportunities due to Plaintiff's pending criminal court action which was ultimately dismissed with prejudiced; and

    g. Plaintiff suffered anxiety and emotional distress due to Defendant's negligence, recklessness, and careless investigation of the allegations made against Plaintiff.

23. As a direct and/or proximate result of the above negligence, carelessness, and/or recklessness, Plaintiff has suffered the following injuries and damages including but not limited to:

    a. Insomnia;

    b. Emotional distress; and

    c. shock and mental anguish;

24. As a result of his injuries, Plaintiff has undergone and continues to undergo great pain and suffering and inconvenience.

25. As a result of his injuries, Plaintiff has incurred and may continue to incur income losses and lost job opportunities.

26. As a result of his injuries, Plaintiff may have suffered a diminution of the ability to enjoy life and life's pleasures.

WHEREFORE, Plaintiff, Thomas Allen Givens, demands compensatory, special, and punitive damages against Defendant, Wal-Mart Stores, Inc., in a sum in excess of $50,000.00 plus interests, costs, and fees, and any other relief that the court deems just and proper.

## COUNT III
## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
## THOMAS ALLEN GIVENS V. WAL-MART STORES, INC.

27. Plaintiff, Thomas Allen Givens, incorporates by reference paragraphs 1 through 27 as if fully set forth herein.

28. As a direct and proximate result of the Defendant, Wal-Mart Stores, Inc., Defamation and Negligence set forth above, Plaintiff, Thomas Allen Givens, has experienced and suffered severe emotional distress and extreme mental pain, anguish, and suffering which has manifested itself physically in the form of nightmares, depression, anxiety, and/or loss of concentration.

29. As a result of the Defendant, Wal-Mart's Inc.'s, negligence and/or negligence committed against, Plaintiff, Anthony Ward, was caused by to suffer injuries in the nature of severe and ongoing emotional distress and mental anguish, the physical manifestations of which included sleeplessness, restlessness, anxiety, and discomfort.

30. As a result of the injuries, Plaintiff, Thomas Allen Givens, claims the following damages:

    a. Past and future pain, suffering, mental anguish, discomfort, inconvenience, and distress;

    b. Past and future embarrassment and humiliation;

    c. Past and future loss of the ability to enjoy various pleasures of life;

    d. Past and future loss of earnings and earning capacity;

    e. All other damages as are permitted by law.

WHEREFORE, Plaintiff, Thomas Allen Givens, demands compensatory, special, and punitive damages against Defendant, Wal-Mart Stores, Inc., in a sum in excess of $50,000.00 plus interests, costs, and fees, and any other relief that the court deems just and proper.

### COUNT IV
### VICARIOUS LIABILITY-AGENCY LIABILITY
### THOMAS ALLEN GIVENS V. WAL-MART STORES, INC.

31. Plaintiff incorporates by reference paragraphs 1 through 30 as if fully set forth herein

32. Defendant, Wal-Mart Stores, Inc. is vicariously liable for the negligent acts and/or commissions of Defendant's agents, servants, and/or employees, actual and/or apparent, by virtue of their actual relationship and/or Defendants' omissions, whose negligence is set forth fully throughout this Complaint in Civil Action.

33. As a direct and proximate result of the negligence, carelessness, and recklessness as more specially set forth above, Plaintiff, Thomas Allen Givens, has suffered those injuries and damages outlined about throughout this Complaint in Civil Action.

WHEREFORE, Plaintiff, Thomas Allen Givens, demands compensatory, special, and punitive damages against Defendant, Wal-Mart Stores, Inc., in a sum in excess of $50,000.00 plus interests, costs, and fees, and any other relief that the court deems just and proper.

Dated: June 7, 2022

Adam Yarussi, Esquire
Pa. Attorney I.D. No. 315389
**ADAM YARUSSI & ASSOCIATES, LLC**
31 North Main Street, Suite 105
Washington, Pennsylvania 15301
Phone: (724) 942-5111

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

THOMAS ALLEN GIVENS

PLAINTIFF

vs.

WAL-MART STORES, INC.,

No. 3939-2022

DEFENDANT

## VERIFICATION

I, Thomas Givens, hereby verify that the facts set forth in the foregoing Complaint in Civil Action are true and correct to the best of my knowledge, information or belief, and further state that I am authorized to make this verification.

This verification is made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification

Dated: June 7, 2022

*Thomas Givens*
Thomas Givens, Plaintiff

5/18/2021 https://phont25640us.homeoffice.wal-mart.com/apis/apis260/PortalSystem/Apis/render.asp?Rec_ID=IC10103588892&Print=Yes

Case- external theft : 01-21-04501-0000023 (IC10103588892) - Guest( 0 ) 0

## ASSET PROTECTION CASE RECORD

| | |
|---|---|
| Case ID | 01-21-04501-0000023 |
| Status | New |
| Location | 04501 - WEST BROWNSVILLE, PA |
| Division | 01 |
| Sub-Division | E |
| Region | 20 |
| Market | 235 |
| Store Address | 134 DANIEL KENDALL DR |
| Store City | WEST BROWNSVILLE |
| Store State | PA |
| Store Zip Code | 15417 |
| Country | 15417 |

### Additional Locations
No location was set

### Suspect/Offender
**THOMAS GIVENS (Customer)**



No Picture Available

THOMAS GIVENS
10 BROCCO LANE
GRINDSTONE
PA 15442
Phone N/A
Cell Phone N/A

ID Number PA -31701327
Date of Birth 10/9/1997 (23 now)
Employer Name Company name.
Vendor Id Vendor Id.

No location was set

Summary    Suspect & Persons    Event Value/Evidence    Interview, Police & Court    Case Details    All

### Apprehension Information

| | |
|---|---|
| * Event Date | 5/13/2021 |
| Weekday | Thursday |
| Time Apprehended | 12:10:00 PM |
| Reporting UserID | COSHONT.S04501_04501_US |
| Owner Group | WAL-MART |
| Owner ID | COSHONT.S04501_04501_US |
| Assisted By 1 [?] | POLICE |
| Assisted By 2 [?] | |
| * Affected Business | Walmart |
| * Incident Type | NON-ASSOCIATE THEFT |
| * Sub-Type | CONCEALMENT |
| * Method of Crime [?] | IN SHOPPING BAG |
| * Location of Crime | FRONT ENTRANCE EXIT GM |
| * Location of Apprehension | N/A API |

Register Number
Operator Number
Transaction Number

### Event Value Summary

MERCHANDISE $559.41

N $288.80
Y $270.61

Total $559.41

### Apprehension (1)

Observed By: CHAD SHONTS APASM JENNY

First Observed: 12:10:00 PM
Place Apprehended: NA
Crime Tools: BAGS
* Handcuffs Used by Wal-Mart Associate: NO
Money on Suspect:

## Suspect/Offender (1)

No Picture Available

THOMAS GIVENS     ID Number PA -31701327
10 BROCCO         Date of Birth 10/9/1997 (23 now)
LANE              Employer Name Company name.
GRINDSTONE        Vendor Id Vendor Id.
PA 15442
Phone N/A         No location was set
Cell Phone N/A

## Parent or Guardian Name (0)
No record found

## Witness (0)
No record found

## Persons Acting In Concert (0)
No record found

## Persons With Knowledge (0)
No record found

## Event Value ($559.41 - 25 Items)

| # | * Item Type - REQUIRED FOR ALL ITEMS | * 5-Digit Store / Facility - REQUIRED FIELD (Use Leading Zeros - eg:00001) | UPC | * Desc. | * Qty | Unit Price (Local) | Total Price (Local) | * Recovered? |
|---|---|---|---|---|---|---|---|---|
| 1 | MERCHANDISE | 04501 | 88952636583 | HT 3P 1/2 | 1 | 9.88 | 9.88 | Y |
| 2 | MERCHANDISE | 04501 | 7681214538 | HT 9P STAR SOCKETS | 1 | 10.84 | 10.84 | Y |
| 3 | MERCHANDISE | 04501 | 88952636582 | HT 3P 3/8 | 1 | 8.88 | 8.88 | Y |

5/18/2021  https://phont25640us.homeoffice.wal-mart.com/apis/apis260/PortalSystem/Apis/render.asp?Rec_ID=IC101035888892&Print=Yes

| # | Type | Code | UPC | Description | Qty | Unit | Total | R |
|---|---|---|---|---|---|---|---|---|
| 4 | MERCHANDISE | 04501 | 890732824886 | HT 18PC WRENCH SET | 1 | 11.94 | 11.94 | Y |
| 5 | MERCHANDISE | 04501 | 7681214531 | HT 11PC 3/8 | 1 | 12.88 | 12.88 | Y |
| 6 | MERCHANDISE | 04501 | 82090905821 | HT 20P 3/81 | 1 | 17.88 | 17.88 | Y |
| 7 | MERCHANDISE | 04501 | 81002239974 | HR 1/2 | 1 | 16.88 | 16.88 | Y |
| 8 | MERCHANDISE | 04501 | 0820909005820 | SET | 1 | 15.88 | 15.88 | Y |
| 9 | MERCHANDISE | 04501 | 7681214519 | HT 3/8 | 1 | 7.88 | 7.88 | Y |
| 10 | MERCHANDISE | 04501 | 88952636584 | HT 3PC UNIV JOINT | 1 | 6.97 | 6.97 | Y |
| 11 | MERCHANDISE | 04501 | 81002239065 | HR 16P PASS THRU SET | 1 | 21.97 | 21.97 | Y |
| 12 | MERCHANDISE | 04501 | 7681212757 | HT 1/2 | 1 | 10.97 | 10.97 | Y |
| 13 | MERCHANDISE | 04501 | 81002239064 | HR3P UNIVRSL SKT SET | 1 | 18.88 | 18.88 | Y |
| 14 | MERCHANDISE | 04501 | 81002239817 | HR 7P RATCHET WR SAE | 1 | 29.88 | 29.88 | Y |
| 15 | MERCHANDISE | 04501 | 081002239059 | TOOLS | 1 | 69 | 69 | Y |
| 16 | MERCHANDISE | 04501 | 152458548885 | PIRATE JACKETS | 10 | 28.88 | 288.8 | N |

Total Case Value [?]   559

## Weapon (0)

No record found

## Evidence

### Digital

| | |
|---|---|
| * Evidence Photo | No |
| Reason for No Evidence Photo | |
| Evidence Location | |
| Evidence Custodian | |
| * Case Recorded? | YES |
| VCR or DVR? | DVR |
| CCTV Operator Name | CHAD S |

### Other

| | |
|---|---|
| Physical Contact | NO |
| Searched By | |
| Injuries? | NO |
| * Trespass | NA |
| Prior Record | NO |
| Record Number | |
| Incident Number | |
| Customer Involved | NO |

### Tools

| | |
|---|---|
| View Tools Used | NO |

5/18/2021     https://phont25640us.homeoffice.wal-mart.com/apis/apis260/PortalSystem/Apis/render.asp?Rec_ID=IC10103588892&Print=Yes

**Other Tools Used**
**View Control Breaks**            NO
**Tools Recovered**

* Which departments' merchandise are involved in the recovery?(Check all that apply)
Other

Please input
other
Departments

## Police (0)
No record found

| | | |
|---|---|---|
| * Was an ORC form filled out | No | * Prosecuted?   Y |
| * Was Global Investigations notified | No | Promissory Note   No |
| * Authority Referred To | MAG | Civil Demand Account |
| Admission Type | NO ADMISSION GIVEN | |
| Signed Statement | NA | Rest Override   0 |
| * Disposition | CHARGES FILED | Promissory Note Amount |
| | | Number of Payments |
| | | Payment Start Date |

## Vehicle Details (0)
Vehicle makeVehicle typeVehicle colorVehicle plateVehicle stateVehicle ageVehicle detail

## Interview (0)
No record found

## Court (0)
No record found

## Record Attachments (0)

| Evidence Number | Evidence Description | File Name | Created By | Created Date | Created Time | Provided to External Agencies |
|---|---|---|---|---|---|---|

**Approved Date**                                       Date Created:   5/18/2021
**Approved By User ID**                                 Closed Date
**Approved By Name**      CHAD SHONTS - COSHONT.S04501  Closed By

5/18/2021     https://phont25640us.homeoffice.wal-mart.com/apls/apls260/PortalSystem/Apls/render.asp?Rec_ID=IC10103588892&Print=Yes

## ONLY LETTERS, NUMBERS, COMMAS, PERIODS AND HYPHENS ARE ALLOWED FOR SPECIAL CHARACTERS

* Enter time and date of which below described event occurred     12:10:00 PM

### * Case Details (Created by: COSHONT.S04501_04501_US - Created date: 5/18/2021 1:15:27 PM)

Created by - Created date

COSHONT.S04501_04501_US - 5/18/2021 1:15:27 PM     [more...]

I CHAD SHONTS APA WORKING ON 5/13/21 OBSERVED 3 SUBJECTS NOW KNOWN TO ME AS ARRAM NELSON THOMAS GIVENS AND JACOB WOLFE IN THE TOOL SECTION SELECTING SEVERAL TOOLS AND PLACE THEM INTO BLUE CLOTH BAGS.THEY THEN SPLIT UP AS TOMAS AND ARRAM MADE THERE WAY TO THE FRONT DOORS PASSING ALL POINTS OF SALE WHERE APASM JENNY ASKED FOR THE RECIPT THEY DID NOT HAVE ONE AND SET THE BAG DOWN THOMAS EXITES THE STORE AND ARRAM RE ENTERED THE STORE AND EXITED OUT THE LG EXIT AND JACOB EXITED THE STORE AS WE WERE OUT ON THE SIDE WALK WITH POLICE GETTING A DECRIPTION OF THE CAR.WBV POLICE WERE ABLE TO STOP ARRAM IN THE LOT BUT THE OTHERE TOOK OFF IN A CAR.WBV POLICE WILL FILE ALL THE CHARGES.

### Comments and Notes

Created by - Created date

No record found

### Account Information

Account TypeAccount/xref NbrAccount Name

### Rejection Notes

Created by - Created date

No record found

### Tasks (0 Pending)

AssignerAssigneeDue DateTaskNotesStatusCompleted NotesDate CompletedOptions

No Tasks found for this element

### Notifications (0)

No record found

### ALERTS AND MESSAGES

Created by - Created date

No record found



All information contained within this document is considered private and belongs to Wal-Mart Stores, Inc.

IN THE COURT OF COMMON PLEAS OF WASHINGTON COUNTY, PENNSYLVANIA
CIVIL DIVISION

THOMAS ALLEN GIVENS

**PLAINTIFF**

vs.

No. 3939-2022

WAL-MART STORES, INC.,

**DEFENDANT**

## CERTIFICATE OF COMPLIANCE

I certify that this filing complies with the provisions of the *Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts* that require filing confidential information and documents differently than non-confidential information and documents.

Dated: June 7, 2022

Adam Yarussi, Esquire
Pa. Attorney I.D. No. 315389
**ADAM YARUSSI & ASSOCIATES, LLC**
31 North Main Street, Suite 105
Washington, Pennsylvania 15301
Phone: (724) 942-5111
Email: adamyarussilawoffice@gmail.com

11